PROB 12C
(7/93)

Report Date: June 12, 2013

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 12 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: William Fred Old Rock          Case Number: 2:12CR00134-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 03/06/2013

Original Offense:     Escape from Federal Custody, 18 U.S.C. § 751(a)

Original Sentence:    Prison - 118 Days           Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Matthew F. Duggan           Date Supervision Commenced: 03/14/2013

Defense Attorney:     Robert R. Fischer           Date Supervision Expires: 03/13/2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 7, 2013, at approximately 3:50 a.m., the offender was observed by a member of the Spokane Police Department driving in an erratic manner. His vehicle was observed completely leaving the roadway, and driving up onto the adjacent sidewalk. It is reported that he made a sudden correction crossing both lanes, and possibly into the oncoming lane of traffic. The vehicle was stopped and the driver was identified as William Old Rock. Mr. Old Rock had the odor of an intoxicating substance and appeared impaired. Mr. Old Rock admitted to drinking alcohol, and was subsequently arrested for driving under the influence. He submitted to a breath test with a BAC result of .271 and .269.

Prob12C
Re: Old Rock, William Fred
June 12, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2013

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/12/13
Date